JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

17-CR-40010-TSH

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA/USPIS

**City** Worcester      **Related Case Information:**

**County** Worcester      Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 17-mj-4046-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Kevin A. Perry, Jr.      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Worcester, Massachusetts

Birth date (Yr only): 1973    SSN (last4#): 2051    Sex: Male    Race: White    Nationality: US

**Defense Counsel if known:** James Budreau      Address: Park Plaza, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Greg A. Friedholm      Bar Number if applicable: 644983

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 14

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 16, 2017      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):    17-CR-40010-TSH

**Name of Defendant**    Kevin A. Perry, Jr.

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   Money Laundering | 18 U.S.C. s. 1956(a)(1)(B)(i) | 1-9 |
| Set 2   Cash Structuring | 31 U.S.C. s. 5324 | 10-12 |
| Set 3   Distribution of Fentanyl | 21 U.S.C. s. 841(a)(1) and (b)(1)(A)(vi) | 13 |
| Set 4   Mortgage Fraud | 18 U.S.C. s. 104 | 14 |
| Set 5   Laundering Forfeiture | 18 U.S.C. s. 982(a)(1) | |
| Set 6   Drug Forfeiture | 21 U.S.C. s. 853 | |
| Set 7   Structuring Forfeiture | 31 U.S.C. s. 5317(c)(1) | |
| Set 8   Fraud Forfeiture | 18 U.S.C. s. 982(a)(2) | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**