UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)   Docket No. 17-40010-TSH<br>KEVIN A PERRY, JR.    )<br>)<br>Defendant.    ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)**

The United States of America and defendant Kevin A. Perry, Jr., through their respective counsel, hereby submit this joint memorandum addressing Local Rule 116.5(c) in advance of the final status conference scheduled for July 6, 2017. The Court scheduled an interim status conference for June 2, 2017 but cancelled that event upon the filing of the status report by the parties. The Court excluded the time from June 2, 2017 until July 6, 2017 pursuant to 18 U.S.C. § 3161(h)(7)(A).

At this time, the Defendant requests that the Court refer this matter to the District Court for purpose of scheduling a Rule 11 hearing. Accordingly, the government moves the Court to exclude the period from July 6, 2017 until the date set for Rule 11 hearing pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

| | | |
|---|---|---|
| KEVIN A. PERRY, JR., | | WILLIAM D. WEINREB<br>ACTING UNITED STATES ATTORNEY |
| */s/ James H. Budreau* <br>James H. Budreau, Esq.<br>Bassil, Klovee & Budreau<br>20 Park Plaza, Suite 1005<br>Boston, Massachusetts 02116 | By: | */s/ Greg A. Friedholm* <br>Greg. A. Friedholm<br>Assistant United States Attorney<br>595 Main Street<br>Worcester, Massachusetts 01608 |

Dated: July 5, 2017

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>  */s/ Greg A. Friedholm*
> Greg A. Friedholm
> Assistant U.S. Attorney

Date: July 5, 2017